UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CHRISTOPHER CREAGH,

       Plaintiff,

  -v-                                                25-CV-5459

ESPIRITUS LLC AND JAY S. MALTBY,

       Defendants.

————————————————X

September 9, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/25
```

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Request for Adjournment of Initial Pretrial Conference

Dear Judge Caproni:

I am Jay S. Maltby, appearing pro se as on behalf of the defendants in the above-captioned matter.

Pursuant to Your Honor's Individual Practices in Civil Pro Se Cases, I respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for September 26, 2025, at 10:00 a.m. The original due date is September 26, 2025. This is the first request for an adjournment or extension of this conference.

The reason for this request is that I am currently proceeding pro se and require additional time to retain counsel to represent me in this action. I have also filed a Motion to Dismiss on the basis of lack of jurisdiction and am awaiting a decision on the Motion. Should the Motion not be granted, hiring an attorney will allow me to more effectively participate in the conference and the proceedings overall, and I anticipate needing approximately 60 days to secure representation.

I contacted Plaintiff's counsel to seek consent to this adjournment. They agreed to the 60 day postponement.

As proposed alternative dates, I suggest November 28, 2025, at 10:00 a.m., or December 5, 2025, at 10:00 a.m., or any other Friday morning that is convenient for the Court and the parties.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Jay Maltby

*/s/ Jay Maltby*

Pro Se Defendant
7810 Old Marsh Road
Palm Beach Gardens FL 33418

561-371-6544

jmaltby@e-spirit-us.com

cc: Danny Grace and Douglas Mace, Plaintiff's attorneys

danny@dannygracepc.com; douglas@dannygracepc.com

---

Application GRANTED.  The Initial Pretrial Conference is adjourned to December 5, 2025, at 10:00 a.m.  The parties are directed to submit their joint letter (the requirements of which are contained in the Notice of Initial Pretrial Conference entered July 9, 2025) by November 26, 2025.

SO ORDERED.                           9/11/25

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE