UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

CHRISTOPHER CREAGH,                                         :
                                                           :
                                        Plaintiff,         :        25-CV-5459 (VEC)
                     -against-                             :
                                                           :        ORDER
ESPIRITUS LLC and JAY S. MALTBY,                          :
                                                           :
                                        Defendants.        :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed an Amended Complaint alleging Defendant Espiritus LLC is a

limited liability company and Defendant Jay S. Maltby is its sole member, Dkt. 7;

WHEREAS Defendant Maltby filed, *pro se*, a Motion to Dismiss for lack of subject

matter jurisdiction on behalf of both Defendants, alleging that the amount in controversy

requirement was not satisfied, Dkts. 11-13;

WHEREAS Plaintiff opposed Defendants' Motion to Dismiss, alleging that the amount in

controversy was satisfied, Dkt. 14;

WHEREAS a limited liability company may appear in federal court only through a

licensed attorney, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (interpreting 28

U.S.C. § 1654);

WHEREAS this Court ordered Defendant Espiritus LLC to either retain counsel or show

cause why default judgment should not be entered against it; and

WHEREAS counsel has now appeared for Defendant Espiritus LLC.

IT IS HEREBY ORDERED that **no later than Monday, December 8, 2025,** Plaintiff

must file an affidavit attesting to the amount of attorneys' fees accrued at the time of the filing of

the Complaint, Dkt. 1, on July 1, 2025.  Plaintiff should include—in this affidavit or an exhibit—

the date, timekeeper, description of the task, time spent, hourly rate, and fee extended for each

relevant billing entry.

**SO ORDERED.**

**Date:  December 1, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

2