UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

CHRISTOPHER CREAGH,                                             :
                                                               :
                                Plaintiff,                     :          25-CV-5459 (VEC)
                                                               :
              -against-                                        :
                                                               :          ORDER
ESPIRITUS LLC and JAY S. MALTBY,                               :
                                                               :
                                Defendants.                    :
--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed a Complaint, Dkt. 1, and, later, an Amended Complaint, Dkt. 7;

WHEREAS Defendant Maltby filed, *pro se*,[1] a Motion to Dismiss for lack of subject matter jurisdiction, alleging that the amount in controversy requirement was not satisfied, Dkts. 11-13;

WHEREAS Plaintiff opposed Defendants' Motion to Dismiss, alleging that the amount in controversy requirement was satisfied, Dkt. 14;

WHEREAS the amount in controversy in a civil lawsuit filed in federal court on the basis of diversity jurisdiction must exceed the sum or value of $75,000, 28 U.S.C. § 1332;

WHEREAS by the Court's calculation, the Amended Complaint alleges $33,709.20 in unpaid wages and $1,895.97 in unreimbursed expenses, Dkt. 7, at 3;

---

[1]    Mr. Maltby asserted that he filed this Motion to Dismiss on behalf of both Defendants, including Espiritus LLC, a limited liability company ("LLC"), Dkt. 11.  An LLC may appear in federal court only through a licensed attorney, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (interpreting 28 U.S.C. § 1654).  This Court ordered Defendant Espiritus LLC to either retain counsel or show cause why default judgment should not be entered, Dkt. 17, and counsel has now appeared for Defendant Espiritus LLC, Dkt. 18.

WHEREAS damages and attorneys' fees may be included in the amount in controversy where recoverable as a matter of right pursuant to statute, *see Schwartz v. Hitrons Sols., Inc.*, 397 F. Supp. 3d 357, 365-366 (S.D.N.Y. 2019) (statutory damages); *Ryan v. Legends Hospitality, LLC*, 11-cv-3110, 2012 WL 3834088, at *2-3 (S.D.N.Y. Aug. 1, 2012) (attorneys' fees);

WHEREAS pursuant to NYLL § 198, Plaintiff may pursue liquidated damages equal to the amount of unpaid wages, here $33,709.20, *see Victor v. Sam's Deli Grocery Corp.*, 19-cv-2965, 2022 WL 3656312, at *11 (S.D.N.Y. Aug. 25, 2022) (citing NYLL §§ 198(1-a), 663(1));

WHEREAS pursuant to NYLL § 198, a prevailing Plaintiff may pursue reasonable attorney's fees, and the attorneys' fees accrued at the time of filing of the Complaint, according to the attorneys' affidavits, Dkts. 22-23, were $7,308;[2]

WHEREAS considering the total unpaid wages, unreimbursed expenses, statutory damages, and statutory attorneys' fees, the amount in controversy exceeds $75,000; and

WHEREAS the Amended Complaint likewise satisfies all elements of 28 U.S.C. § 1332.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is DENIED.

**SO ORDERED.**

Date:  **December 11, 2025**
       **New York, New York**

_____
       **VALERIE CAPRONI**
       **United States District Judge**

---

[2]   The two attorneys for Plaintiff had billed $4,983 and $2,325 respectively, at the time of the filing of the Complaint, Dkts. 22-23.  The managing attorney, who has been practicing over 20 years, spent 9.6 hours at a rate of $550 per hour, Dkt. 22.  The principal attorney, who has been practicing over 14 years, spent 3.1 hours at a rate of $750 per hour, Dkt. 23.