# DANNY GRACE PLLC

ATTORNEYS AND COUNSELORS AT LAW



| | | 225 BROADWAY, SUITE 1200 |
|---|---|---|
| Writer's email: | douglas@dannygracepc.com | NEW YORK, NY 10007 |
| Writer Admitted in: | New York; United States District | 212.202.2485 |
| | Court, Southern and Eastern Districts of | 718.732-2821 FAX |
| | New York | |

**VIA ECF**    **MEMO ENDORSED**    January 23, 2026

The Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2026
```

Re: Creagh v. Espiritus LLC et al (Civ. Case No. 1:25-cv-05459-VEC)

Dear Judge Caproni:

We represent Plaintiff in the above-referenced matter. I'm writing with regard to the Court's Order dated January 15, 2026, which Ordered the parties to agree on and submit to the Court a date certain by which any claims of privilege will be made. On January 20, 2026, I emailed Defendants' counsel and asked to decide on a mutually agreeable date. I received an automated response, that Defendants' counsel would be "out of the office until January 27, 2026." I again emailed Defendants' counsel this morning and received the same response. In light of the fact that Defendants' counsel appears to be away until January 27, I request an extension of our time to submit the date upon which any claims of privilege will be made until after January 27.

Thank you for your consideration of this matter.

Respectfully Submitted,

*Douglas Mace*
_____
Douglas Mace, Esq.
Danny Grace PLLC

*Attorneys for Plaintiff*
225 Broadway, Suite 1200
New York, New York 10007
(212) 202-2485
douglas@dannygracepc.com

Application GRANTED.  This letter is now due **no later than Friday, January 30, 2026**.
The parties are reminded that, per the Undersigned's Individual Rule of Civil Practice 2(C),
requests for adjournments or extensions of time must be made 48 business hours prior to
the original due date.  The parties are also reminded that the fact discovery deadline, set for
March 19, 2026, is a firm deadline.

SO ORDERED.                                    1/23/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE