# THE LINDEN LAW GROUP, P.C.

**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

January 29, 2025

**Via ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:   01/29/2026
```

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Creagh v. Maltby*
>       Case No. 1:25-cv-05459 (VEC)

Dear Judge Parker:

On behalf of the Defendant Mr. Maltby, we respectfully request the Court allow Mr. Maltby to appear at the Settlement Conference today by video or phone. Mr. Maltby works and lives in Florida and is never in New York.

I thought that I had brought this issue to the Court previously but I confirmed with plaintiff's counsel that I did not, and do apologize.

Plaintiff's counsel does not object to this request.

Thanking the Court for its consideration in this matter.

Very truly yours,

*Jeffrey Benjamin*

Jeffrey Benjamin, Esq.

**APPLICATION GRANTED:** Defendant may attend the January 29, 2026 Settlement Conference by video. Counsel shall be responsible for connecting their client to the conference by video call, and shall be sure to request Wifi access/permission to bring electronic devices into the Courtroom in advance of the Conference in order to ensure that their client  can be seamlessly connected to the proceeding. Counsel is directed to prepare the Device/Wifi request form attached to this endorsement and email it to Court

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**01/29/2026**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x


IN THE MATTER OF AN APPLICATION

TO  BRING  PERSONAL  ELECTRONIC  DEVICE(S)  OR
GENERAL  PURPOSE  COMPUTING  DEVICE(S)  INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL


_____ x


      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

      ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

      The date(s) for which such authorization is provided is (are)_____.


| Attorney(s) | E-mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |


*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated:       _____


_____
United States Judge